# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2373
LT Case No. 2018-CA-002377

_____

JAMES O. FEASTER,

    Appellant,

    v.

PROGRESSIVE SELECT
INSURANCE COMPANY,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Charles M. Holcomb, Judge.

Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellant.

Joseph T. Kissane, of Cole, Scott, & Kissane, P.A., Jacksonville, for Appellee.

December 19, 2023

PER CURIAM.

    AFFIRMED.

LAMBERT, BOATWRIGHT, and MacIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————